**ORIGINAL**

Scott Y. Stuart (SS-3226)
JASPAN SCHLESINGER HOFFMAN LLP
300 Garden City Plaza
Garden City NY 11530-3324
(516) 746-8000

and

Eliot Gerber (EG-3434)
WYATT GERBER & O'ROURKE
99 Park Avenue
New York, NY 10016
Tel: (212) 681-0807
Attorneys for Plaintiffs

Donald A. Kaul (DK-5286)
Mark Sullivan (MS-5242)
Andrew Averbach (AA-7351)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10022
(212) 415-9200
Attorneys For Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALAN AMRON and AMRON DEVELOPMENT, INC.,

        Plaintiffs,

        v.                                                                       No. CV-00-2940 (LDW)

TRENDMASTERS, INC.; TOYS R US, INC. and
K-MART CORPORATION,

        Defendants.
-----------------------------------------------------------X

## STIPULATED DISMISSAL

Alan Amron and Amron Development, Inc., Plaintiffs, hereby dismiss this action against Trendmasters, Inc., Toys R Us, Inc., and K-Mart Corporation, Defendants, with prejudice.

Each party shall bear its own costs and attorney's fees.

Dated: New York, New York
       August 1, 2000

WYATT GERBER & O'ROURKE

By: _____
    Eliot Gerber (EG-3434)

99 Park Avenue
New York, NY 10016
Tel: (212) 681-0807

and

JASPAN SCHLESINGER HOFFMAN LLP
300 Garden City Plaza
Garden City NY 11530-3324
(516) 746-8000

Attorneys for Plaintiffs

DORSEY & WHITNEY LLP

By: _____
    Andrew Averbach (AA-7351)

250 Park Avenue
New York, NY 10022
Tel: (212) 415-9200
Attorneys For Defendants

So Ordered:

S/ Leonard D. Wexler

Hauppauge, NY
8/14/00